USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 5/21/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Emanuel Delacruz,

                         *Plaintiff*,                                          **18cv01971 (PAC)**
                                                                              **ORDER OF DISMISSAL**
              -*against*-

    A.  Lange & Sohne,

                         *Defendant*,

--------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

        The Court having been advised that the parties have reached a settlement, it is,

        ORDERED, that the above-entitled action be and hereby is dismissed, without prejudice

and costs to either party, subject to reopening should the settlement not be consummated within

thirty (30) days of the date hereof.  The Court will sign a Stipulation and Order of Settlement

upon receipt from either party.  In the event the parties require more than the 30 days to finalize

the settlement, either party shall submit a letter to the Court.  The Clerk of Court is directed to

terminate the pending motions, deadlines, conferences, and this case.

Dated:  New York, New York
           May 21, 2018

                                                              SO ORDERED

                                                              _____
                                                              PAUL A. CROTTY
                                                              United States District Judge