UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMANUEL DELACRUZ, on behalf of himself and all other others similarly situated,

        Plaintiff,

v.

A. LANGE & SÖHNE, A SUBSIDIARY OF RICHEMONT NORTH AMERICA, INC.,

        Defendant.

1:18-cv-01971

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Emanuel Delacruz and Defendant A. Lange & Söhne, a subsidiary of Richemont North America, Inc., by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: July 31, 2018

| | |
|---|---|
| COHEN & MIZRAHI LLP | MORGAN, LEWIS & BOCKIUS LLP |
| By: _____ | By: _____ |
| Joseph H. Mizrahi | Douglas T. Schwarz |
| 300 Cadman Plaza West, 12th Floor | 101 Park Avenue |
| Brooklyn, NY 11201 | New York, NY 10178 |
| (917)-299-6612 | Tel: (212) 309-6890 |
| Email: joseph@cml.legal | Email: douglas.schwarz@morganlewis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED:**

Dated: _____, 2018

                                                    _____
                                                  United States District Judge